UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DAVID DRAPER,              ) | |
| ) | |
| Plaintiff,           ) | |
| ) | No. 1:04-CV-167 |
| v.                          ) | |
| ) | Magistrate Judge Susan K. Lee |
| PEDRO BACON, individually and as a   ) | |
| member of the Chattanooga, Tennessee Police  ) | |
| Department; and the         ) | |
| CITY OF CHATTANOOGA, TENNESSEE,  ) | |
| ) | |
| Defendants.         ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **GRANTS** the motion for summary judgment filed by Officer Pedro Bacon and the City of Chattanooga (Court File No. 14) as to Draper's federal claims, **DECLINES** to exercise supplemental jurisdiction over his state law claims, and **DIRECTS** the Clerk to close this case.

**SO ORDERED.**

**ENTER:**

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE