UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DAVID DRAPER, )
)
    Plaintiff, )
) No. 1:04-CV-167
v. )
) Magistrate Judge Susan K. Lee
PEDRO BACON, individually and as a )
member of the Chattanooga, Tennessee Police )
Department; and the )
CITY OF CHATTANOOGA, TENNESSEE, )
)
    Defendants. )

## **O R D E R**

In accordance with the accompanying Memorandum, the Court **GRANTS** Plaintiff David Draper's motion for reconsideration (Court File No. 19, part 1). Upon reconsideration, the Court **RELIEVES** Draper of the previous summary judgment as to his false arrest/false imprisonment and excessive force claims against Defendant Pedro Bacon in his individual capacity. These claims may proceed to trial, and the parties are **DIRECTED** to contact the Court's judicial assistant to schedule a pretrial scheduling conference. The Court **WILL MAINTAIN** the summary judgments issued in favor of the City and Bacon in his official capacity and the summary judgment issued to Bacon in his individual capacity as to Draper's § 1985 conspiracy claim.

    **SO ORDERED.**

    **ENTER**:

                                        s/*Susan K. Lee*
                                        SUSAN K. LEE
                                        UNITED STATES MAGISTRATE JUDGE